## Case No. 10,224.

NICHOLAS v. The PENANG.

[See Case No. 10,915.]